IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES K. GOLDSMITH,

        Plaintiff,                    No. CIV S-10-1570 EFB P

        vs.

JIAN MA,

        Defendant.               <u>ORDER</u>

_____/

       Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. He requests that discovery be reopened for a period of ninety days so that he may pose six to eight additional questions to defendant. Dckt. No. 27. Plaintiff declares that a prison transfer has impeded his ability to conduct discovery. *Id.* at 5. Defendant has filed a statement of non-opposition to the granting of the motion, provided that the court also modify the schedule to extend the dispositive motion deadline by 90 days. The court will grant plaintiff's motion, but admonishes plaintiff that no further extensions of time will be given absent truly extraordinary circumstances.

       It is hereby ORDERED that:

       1. Plaintiff's June 27, 2011 motion for modification of the discovery and scheduling order is granted.

1        2.  The January 19, 2011 discovery and scheduling order is modified as follows:  The parties shall have up to and including October 28, 2011 to conduct additional discovery and to file any motions to compel discovery.  The parties shall have up to and including January 26, 2012 to file dispositive motions.

DATED:  July 20, 2011.

_____
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE