**Rivera & Associates**
Jesse M. Rivera, CSB #84259
Jonathan B. Paul, CSB #215884
Shanan L. Hewitt, CSB #200168
Kelly A. Yokley, CSB #192015
2180 Harvard Street, Ste. 310
Sacramento, California 95815
Tel: 916-922-1200
Fax: 916 922-1303
Attorneys for Defendant,
A. Nangalma, M.D.

**Williams & Associates**
Kathleen J. Williams, CSB #127021
Martha M. Stringer, CSB #156333
Leslie Wagley, CSB #215281
1250 Sutterville Road
Suite 290
Sacramento, CA 95822
916-456-1122
916-737-1126 (fax)
Attorneys for Defendant,
Jian Ma, M.D.

**IN PRO PER**
James Goldsmith Jr.,
Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES GOLDSMITH JR., | **CASE NO.** 2:10-cv-02845 EFB |
| Plaintiff, | **STIPULATION AND ORDER FOR CONSOLIDATION OF CASES FOR ALL PURPOSES** |
| vs. | |
| DR. A NANGALMA, | |
| Defendant, | |

**COME NOW THE PARTIES** by and through their respective counsel and/or in pro per and subject to the approval of this Court, hereby stipulate and respectfully request that the above-entitled action be consolidated with *James K. Goldsmith v. Jian Ma, M.D.,* Case No. CIV 2:10-cv-1570 EFB, for all purposes, including trial.

1  The parties stipulated to consolidation of the action pursuant to Federal Rule of Civil
2  Procedure 42(a) on the grounds that: (1) the cases involve common questions of fact and law; (2)
3  consolidation will promote judicial efficiency, prevent duplicative discovery and motion practice
4  and avoid inconsistent orders; and (3) consolidation will cause no demonstrable prejudice to the
5  parties.

6  **IT IS SO STIPULATED**.

7

8  Dated: November 28, 2011                    RIVERA & ASSOCIATES

9                                              /s/ Jonathan B. Paul
                                                _____
10                                              JONATHAN B. PAUL
                                                Attorney for Defendant
11                                              A. NANGALAMA, M.D.

12
13  Dated: November 28, 2011                   WILLIAMS & ASSOCIATES

14                                              /s/ Leslie Wagley
                                                (As authorized on January 6, 2012)
15                                              _____
                                                LESLIE WAGLEY
                                                Attorney for Defendant
16                                              JIAN MA, M.D.

17
18  Dated: December 6, 2011                    PLAINTIFF

19                                              /s/ James K. Goldsmith, Jr.
                                                (As Authorized on December 6, 2011)
20                                              _____
                                                JAMES K. GOLDSMITH, JR.
                                                Plaintiff in Pro Per
21
22
23
24
25
26
27
28

1 Accordingly, it is hereby ORDERED that:

2 1. Case No: 2:10-cv-2845 EFB is designated as the "master file";

3 2. The Clerk is directed to copy from Case No. 10-cv-1570 EFB, the complaint (Dckt.

4 No.1), the answer (Dckt. No. 12), the pending motion for summary judgment (Dckt. No. 34), and

5 any other pertinent documents, and to place those copies in the "master file";

6 3. The Clerk is directed to administratively close Case No. 10-cv-1570 EFB; and

7 4. The parties are directed to file all future pleadings ONLY in Case No: 2:10-cv-2845.

8 **SO ORDERED**.

9 Dated: January 30, 2012.

10  _____
    EDMUND F. BRENNAN
11  UNITED STATES MAGISTRATE JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28