|   |   |
|---|---|
| 1 | **Rivera & Associates** |
|   | Jesse M. Rivera, CSB #84259 |
| 2 | Jonathan B. Paul, CSB #215884 |
| 3 | Shanan L. Hewitt, CSB #200168 |
|   | Kelly A. Yokley, CSB #192015 |
| 4 | 2180 Harvard Street, Ste. 310 |
|   | Sacramento, California 95815 |
| 5 | Tel: 916-922-1200 |
|   | Fax: 916 922-1303 |
| 6 | Attorneys for Defendant, |
| 7 | A. Nangalma, M.D. |

1 **Rivera & Associates**
Jesse M. Rivera, CSB #84259
2 Jonathan B. Paul, CSB #215884
3 Shanan L. Hewitt, CSB #200168
Kelly A. Yokley, CSB #192015
4 2180 Harvard Street, Ste. 310
Sacramento, California 95815
5 Tel: 916-922-1200
Fax: 916 922-1303
6 Attorneys for Defendant,
7 A. Nangalma, M.D.

8 **Williams & Associates**
Kathleen J. Williams, CSB #127021
9 Martha M. Stringer, CSB #156333
Leslie Wagley, CSB #215281
10 1250 Sutterville Road
Suite 290
11 Sacramento, CA 95822
916-456-1122
12 916-737-1126 (fax)
Attorneys for Defendant,
13 Jian Ma, M.D.

14 **IN PRO PER**
James Goldsmith Jr.,
15 Plaintiff

**IN THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

| JAMES GOLDSMITH JR., | ) | **CASE NO.** 2:10-cv-02845 EFB |
|---|---|---|
| Plaintiff, | ) | **STIPULATION AND ORDER FOR CONSOLIDATION OF CASES FOR ALL PURPOSES** |
| vs. | ) | |
| DR. A NANGALMA, | ) | |
| Defendant, | ) | |

**COME NOW THE PARTIES** by and through their respective counsel and/or in pro per and subject to the approval of this Court, hereby stipulate and respectfully request that the above-entitled action be consolidated with *James K. Goldsmith v. Jian Ma, M.D.,* Case No. CIV 2:10-cv-1570 EFB, for all purposes, including trial.

The parties stipulated to consolidation of the action pursuant to Federal Rule of Civil Procedure 42(a) on the grounds that: (1) the cases involve common questions of fact and law; (2) consolidation will promote judicial efficiency, prevent duplicative discovery and motion practice and avoid inconsistent orders; and (3) consolidation will cause no demonstrable prejudice to the parties.

**IT IS SO STIPULATED**.

Dated: November 28, 2011                RIVERA & ASSOCIATES

/s/ Jonathan B. Paul

_____
JONATHAN B. PAUL
Attorney for Defendant
A. NANGALAMA, M.D.

Dated: November 28, 2011                WILLIAMS & ASSOCIATES

/s/ Leslie Wagley
(As authorized on January 6, 2012)

_____
LESLIE WAGLEY
Attorney for Defendant
JIAN MA, M.D.

Dated: December 6, 2011                 PLAINTIFF

/s/ James K. Goldsmith, Jr.
(As Authorized on December 6, 2011)

_____
JAMES K. GOLDSMITH, JR.
Plaintiff in Pro Per

Stipulation and Order for Consolidation of Cases
Page 2

1   Accordingly, it is hereby ORDERED that:

2   1.  Case No: 2:10-cv-2845 EFB is designated as the "master file";

3   2.  The Clerk is directed to copy from Case No. 10-cv-1570 EFB, the complaint (Dckt. No.1), the answer (Dckt. No. 12), the pending motion for summary judgment (Dckt. No. 34), and any other pertinent documents, and to place those copies in the "master file";

6   3.  The Clerk is directed to administratively close Case No. 10-cv-1570 EFB; and

7   4.  The parties are directed to file all future pleadings ONLY in Case No: 2:10-cv-2845.

**SO ORDERED**.

Dated:  January 30, 2012.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE